# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANTHONY HAMMOND MURPHY, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 1:22-cv-306 |
| VERY GREAT, INC., | : |
| Defendant. | : |

## JOINT STIPULATION FOR VOLUNTARY DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Anthony Hammond Murphy and Defendant Very Great, Inc. (collectively "Parties") hereby stipulate to the dismissal of the above-captioned action with prejudice, with each party bearing his or its own attorneys' fees and costs.

Respectfully submitted,

| | |
|---|---|
| /s/ Lawrence H. Fisher | /s/ Alex Lacey |
| Lawrence H. Fisher, Esq. (PA No. 67667) | Alex Lacey, Esq. (PA No. 313538) |
| One Oxford Centre | DENTONS COHEN & GRIGSBY P.C. |
| 301 Grant Street, Suite 270 | 625 Liberty Avenue – 5th Floor |
| Pittsburgh, PA 15219 | Pittsburgh, PA 15222-3152 |
| Ph: 412-577-4040 | Ph: (412) 297-4900 / Fax: (412) 209-0672 |
| laswfirst@lawrencefisher.com | alex.lacey@dentons.com |
| | |
| *Counsel for Plaintiff,* | *Counsel for Defendant,* |
| *Anthony H. Murphy* | *Very Great, Inc.* |

95261703.1