**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

ANTHONY HAMMOND MURPHY,    :
    :
       Plaintiff,    :
    :
v.    :    Civil Action No.  1:22-cv-306
    :
VERY GREAT, INC.,    :
    :
    :
       Defendant.    :

**<u>ORDER</u>**

AND NOW, this _7th_ day of_____June_____, 2023, the Joint Stipulation for Voluntary Dismissal Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) is approved.  The action is hereby dismissed with prejudice.

BY THE COURT

Date: _June 7, 2023_                      _Susan Paradise Baxter_